IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARKEL CORPORATION, and ESSENTIA INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PENNSYLVANIA INSURANCE COMPANY,<br><br>Defendant. | 8:22CV241<br><br>**ORDER ON JOINT VOLUNTARY DISMISSAL** |

    This case is before the Court on the parties' Joint Voluntary Dismissal Pursuant to Rule 441(a)(1)(A)(ii). Filing 46. The parties stipulate to dismissal with prejudice of all claims and prayers for relief in this matter pursuant to a confidential settlement agreement, with each party to pay its own costs, expenses, and attorneys' fees. The Joint Voluntary Dismissal is signed by all parties. In this district, such a joint dismissal requires an order of the Court. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

    IT IS ORDERED that the parties' Joint Voluntary Dismissal Pursuant to Rule 441(a)(1)(A)(ii), Filing 46, is granted, and all claims and prayers for relief in this matter are dismissed with prejudice, with each party to pay its own costs, expenses, and attorneys' fees.

    Dated this 14th day of July, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge